# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1-21-cv-21287-UU

ABIGAIL VELEZ,

    Plaintiff,

v.

D NAKAMA FACTION CORP, et al.,

    Defendants.

_____/

## ORDER RESETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

The Initial Planning and Scheduling Conference is hereby RE-SET to Friday, June 25, 2021, at 10:30 A.M. The parties shall file the Joint Planning and Scheduling Report by June 11, 2021.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th__ day of April, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF