UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21287-UNGARO/REID

ABIGAIL VELEZ,

    Plaintiff,

vs.

D NAKAMA FACTION CORP,
MATHIU MUNOZ PEREZ, AND
SAYLI C. SAAVEDRA SOUCHAY

    Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    The undersigned counsel for Plaintiff, Abigail Velez, has moved offices effective June 15, 2021. All pleadings, discovery, and correspondence in this cause should be directed to the following address:

FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146

Respectfully submitted this 18th day of June 2021.

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave
    Suite 770
    Coral Gables, FL 33156
    Tel:    305.230.4884
    *Counsel for Plaintiff*