UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21287-ALTMAN/REID

ABIGAIL VELEZ,

    Plaintiff,

vs.

D NAMAKA FACTION CORP.
D/B/A DNF INSURANCE, AND
MATHIU MUNOZ PEREZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE
### (ATTENDANCE BY ZOOM)

    Plaintiff, Abigail Velez, notifies the Court of her compliance with the Paperless Notice entered on September 23, 2021 [ECF No. 34] by filing this Notice indicating that her counsel will be attending the Status Conference scheduled for October 1, 2021 at 2:45 p.m. by Zoom.

    Dated this 28th day of September 2021.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*