UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-21287-ALTMAN/Reid

**ABIGAIL VELEZ**,

    *Plaintiff*,

v.

**D NAKAMA FACTION CORP**, *et al.*,

    *Defendants.*

_____/

**ORDER**

    The parties attended a status conference on October 1, 2021. For the reasons stated on the record, parties shall, by **October 8, 2021**, engage in an informal settlement conference with one another. Counsel for all parties must confer by telephone or other teleconference service, and a representative with settlement authority for each party shall also attend or be available by telephone. The settlement conference must last at least **one hour**, which may include time spent conferring with clients. In addition, by **October 8, 2021, 2021**, the parties shall file a Joint Notice of Compliance with this Order and indicate the result of the settlement conference. If the parties settle the entire case, they shall also enter a Joint Notice of Settlement with the Court.

    **DONE AND ORDERED** in Miami, Florida this 1st day of September 2021.

                                                              _____
                                                               **ROY K. ALTMAN**
                                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record