UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21287-CV-ALTMAN
MAGISTRATE JUDGE REID

ABIGAIL VELEZ,

      Plaintiff,

v.

D NAKAMA FACTION CORP, MATHIU
MUNOZ PEREZ, and SAYLI C.
SAAVEDRA SOUCHAY,

      Defendants.

_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

This cause has been referred to the undersigned by United States District Judge Roy K. Altman for a settlement conference. [ECF No. 36].

Accordingly, it is hereby **ORDERED** that the parties shall attend a settlement conference with the undersigned on **November 2, 2021 at 10:00 am**. The settlement conference shall be conducted remotely by Zoom. The Zoom information will be sent to the parties by email. The parties are reminded that all parties and claims professionals with full authority to negotiate a settlement (for example, insurance adjusters) are required to be present. *See* S.D. Fla. L.R. 16.2(e). The parties are also reminded that all discussions during the settlement conference are confidential and privileged in all respects. *See* S.D. Fla. L.R. 16.2(g)(2).

**DONE AND ORDERED** this 8th day of October, 2021.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Roy K. Altman; and**
**All Counsel of Record**