UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21287-ALTMAN/REID

ABIGAIL VELEZ,

    Plaintiff,

vs.

D NAMAKA FACTION CORP.
D/B/A DNF INSURANCE, AND
MATHIU MUNOZ PEREZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING

Plaintiff, Abigail Velez, notifies the Court that ninety (90) days have elapsed since the filing of Defendants' Motion to Dismiss [ECF No. 21], and Plaintiff's Response in Oppositiont o Defendants' Motion to Dismiss [ECF No. 23], without a hearing or ruling thereon.

Dated this 9th day of November 2021.

                                                             Brian H. Pollock, Esq.
                                                             Brian H. Pollock, Esq. (174742)
                                                             brian@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                             135 San Lorenzo Avenue
                                                             Suite 770
                                                             Coral Gables, FL 33146
                                                             Tel:    305.230.4884
                                                             *Counsel for Plaintiff*