UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21287-ALTMAN/REID

ABIGAIL VELEZ,

    Plaintiff,

vs.

D NAMAKA FACTION CORP.
D/B/A DNF INSURANCE, AND
MATHIU MUNOZ PEREZ,

    Defendants.
_____/

## JOINT NOTICE OF COMPLIANCE

Plaintiff, Abigail Velez, and Defendants, D Nakama Faction Corp. d/b/a DNF Insurance and Mathiu Munoz Perez, notify the Court that the parties conduced an informal settlement conference on November 30, 2021, in compliance with the Court's Order entered on November 4, 2021 [ECF No. 54], but that they were <u>unable to resolve</u> this matter.

Dated this 3rd day of December 2021.

| | |
|---|---|
| *s/ Brian H. Pollock, Esq.* | *s/Yelina Angulo, Esq.* |
| Brian H. Pollock, Esq. (0174742) | Yelina Angulo, Esq. (111339) |
| FAIRLAW FIRM | ANGULO DIAZ LAW GROUP, P.A. |
| 135 San Lorenzo Ave., Suite 770 | 782 NW 42nd Ave, Suite 630 |
| Coral Gables, Florida 33146 | Miami, FL 33126 |
| Tel: (305) 230 4844 | Tel: (305) 468-9564 |
| brian@fairlawattorney.com | yelina@angulodiazlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |